# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHRISTOPHER BARBOUR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-856

[ July 13, 2017 ]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Elizabeth Ann Metzger, Judge; L.T. Case Nos. 12-108-CFA, 12-110-CFA, 12-136-CFA, 12-167-CFA, 12-189-CFA and 12-218-CFA.

Christopher Barbour, Okeechobee, pro se.

No brief for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***